# EXHIBIT A

Dessie Mitcheson



aquariusnightclub • Follow

aquariusnightclub Free coquito | $1,000 in
Free gift cards | Latin Saturdays
@aquariusnightclub Naughty or Nice theme.
Wear Red if you've been Naughty or White if
you've been Nice. Or wear whatever you
want as long as you come to have fun. Free
b4 11pm | music by @djedski (remember
that the free shots and free gift card raffle is
only for those that play along with the
theme) Hope to see you tonight

13 likes

DECEMBER 22, 2018

Dessie Mitcheson



Carissa Rosario, Dessie Mitcheson, Alana Campos





aquariusnightclub • Follow

aquariusnightclub Halloween @ Club
Aquarius.... No other party compares. Ask
around if you don't believe me. Saturday
OCT 27th. This is the ONLY place to be @ in
the 413.... Get your costumes ready. $1,000
in cash, VIP Bottles, Concert Tickets, and
many more prizes to be won. The Official
Halloween Bash @ Club Aquarius

16 likes

OCTOBER 15, 2016

Carissa Rosario, Dessie Mitcheson, Alana Campos



Carissa Rosario, Dessie Mitcheson, Alana Campos



deejayjsol • Follow
Club Aquarius

deejayjsol Dont miss out the hottest
Halloween Bash in town! Only place to be
this Saturday Club Aquarius!

3 likes

OCTOBER 25, 2018

# EXHIBIT B

Brenda Lynn Geiger



Brenda Lynn Geiger



whitehousepeezy Come support the boy at the next showcase in Springfield MA. A lot of good artist will hit the stage. @gmoney_nme will be in the building. Turn up!!

whitehousepeezy • Follow
Club Aquarius

11 likes

AUGUST 14, 2018

Brenda Lynn Geiger



# EXHIBIT C

Iesha Marie Crespo



Iesha Marie Crespo



Iesha Marie Crespo

# EXHIBIT D

Jessica Killings

Jessica Killings



Jessica Killings



aquariusnightclub • Follow

aquariusnightclub I'm back in the USA and
tonight we're back with your official Latin
Saturdays @ Club Aquarius... Positive Vibes
Only

8 likes

7 DAYS AGO

Jessica Killings





aquariusnightclub • Follow

aquariusnightclub Each & Every Friday
Acetunning Entertainment presents
☆Viernes de Gozadera☆ Rock out with your
favorite Bomba Squad DJ'S. Free cover
before 11pm. Free parking, Free
pool...Nothing but good times and good
vibes.

7 likes

MARCH 30, 2017

# EXHIBIT E

Rosa Acosta



# EXHIBIT F

Jessica Burciaga



Instagram

Q. Search

Club Aquarius present:

@ Club Aquarius

aquariusnightclub • Follow

aquariusnightclub Columbus Day Weekend
at Club Aquarius kicks off tonight with the
all new, all free Fantasy Fridays. Tomorrow
night join us for our legendary Latin
Saturdays. And Sunday night we taking it
back to the 90's...something for everyone. 3
nights of the safest fun in the city.
#ClubAquarius

Columbus Day Weekend
3 nights of fun

5 likes

OCTOBER 7, 2016

Jessica Burciaga



Jessica Burciaga

# EXHIBIT G

Carissa Rosario, Dessie Mitcheson, Alana Campos





aquariusnightclub • Follow

aquariusnightclub Halloween @ Club
Aquarius... No other party compares. Ask
around if you don't believe me. Saturday
OCT 27th. This is the ONLY place to be @ in
the 413... Get your costumes ready. $1,000
in cash, VIP Bottles, Concert Tickets, and
many more prizes to be won. The Official
Halloween Bash @ Club Aquarius

16 likes

OCTOBER 15, 2016




Carissa Rosario, Dessie Mitcheson, Alana Campos



deejayjisol • Follow
Club Aquarius

deejayjisol Dont miss out the hottest
Halloween Bash in town! Only place to be
this Saturday Club Aquarius!

3 likes

OCTOBER 24, 2018

Carissa Rosario, Dessie Mitcheson, Alana Campos

https://www.instagram.com/p/BpvjgOmXD5fW/

Q Search

Instagram





deejayjsol • Follow
Club Aquarius

deejayjsol Dont miss out the hottest
Halloween Bash in town! Only place to be
this Saturday Club Aquarius!

3 likes

OCTOBER 25, 2018

# EXHIBIT H

Carissa Rosario, Dessie Mitcheson, Alana Campos



aquariusnightclub Halloween @Club
Aquarius... No other party compares. Ask
around if you don't believe me. Saturday
OCT 27th. This is the ONLY place to be @ in
the 413... Get your costumes ready. $1,000
in cash, VIP Bottles, Concert Tickets, and
many more prizes to be won. The Official
Halloween Bash @ Club Aquarius

16 likes
OCTOBER 15, 2018

Carissa Rosario, Dessie Mitcheson, Alana Campos



https://www.instagram.com/p/BpVgQmXDsfW/

deejayjisol • Follow
Club Aquarius

deejayjisol Don't miss out the hottest
Halloween Bash in town! Only place to be
this Saturday Club Aquarius!

3 likes

OCTOBER 24, 2018

Carissa Rosario, Dessie Mitcheson, Alana Campos

https://www.instagram.com/p/BpVgOmXD5fW/

DJ J-Sol on Instagram: "Don't

Instagram

Saturday, 27 April 2019

View as Analogue
View as Digital

Open Date & Time Preferences...



deejayjsol • Follow
Club Aquarius

deejayjsol Dont miss out the hottest
Halloween Bash in town! Only place to be
this Saturday Club Aquarius!

3 likes

OCTOBER 25, 2018

# EXHIBIT I

Jessa Hinton



Jessa Hinton

